# United States District Court
# For The Western District of North Carolina
# Statesville Division

PHU HONG THACH,

       Petitioner,                         JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:07CV35-2-V

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2007, Order.

                                                    Signed: March 30, 2007

                                                    Frank G. Johns, Clerk
                                                    United States District Court